UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and NAVIGATORS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF LOS ANGELES HARBOR DEPARTMENT, THE CITY OF LOS ANGELES, and THE CITY OF LOS ANGELES BOARD OF HARBOR COMMISSIONERS,<br><br>Defendants. | Case No. CV 15-7799-GW-PJWx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

The Court, having considered the request of Plaintiffs Travelers Property Casualty Company of America and Navigators Insurance Company and Defendant City of Los Angeles acting by and through its Board of Harbor Commissioners to Dismiss the entire Action with Prejudice, finds good cause exists and grants the request.

**IT IS SO ORDERED.**

Dated: July 9, 2020

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE